IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

EDUARDO VALDEZ SANTANA,

                Plaintiff,

v.

DHS, A. CLARKE, et al.,

                Defendants.

Case No. 3:16 CV 2122-JR

O R D E R

Magistrate Judge Russo filed her Findings and Recommendation on January 13, 2017. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Russo's Findings and Recommendation.

Dated this 14 day of February, 2017.

                                                          /s/ Ann Aiken
                                          Ann Aiken, United States District Judge

Order -- Page 1